No. 2180. MELÉNDEZ, APPELLEE, *v.* GÓMEZ & CO., APPELLANTS.—Debt. San Juan. February 20, 1920. *Dismissed.*

No. 1457. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—Assault and battery. Aguadilla. February 20, 1920. *Affirmed.*

No. 2192. LANAUSE, APPELLEE, *v.* LANAUSE, APPELLANT.—Subrogation. Guayama. February 25, 1920. *Withdrawn.*

Nos. 2183, 2184. GANDÍA, APPELLANT, *v.* TRÍAS ET AL., APPELLEES.—Liquidation of partnership, etc. San Juan. February 26, 1920. *Withdrawn.*

No. 1470. PEOPLE, APPELLEE, *v.* RAMOS, APPELLANT.—Seduction. San Juan. February 26, 1920. *Affirmed.*

No. 1474. PEOPLE, APPELLEE, *v.* ROSA, APPELLANT.—Murder. San Juan. February 27, 1920. *Affirmed.*

No. 2191. RICCI ET AL., APPELLANTS, *v.* MERLE ET AL., APPELLEES.—Ejectment. Guayama. March 2, 1920. *Dismissed.*

Nos. 2086, 2094. RIVERA, APPELLEE, *v.* MARTÍNEZ, APPELLANT.—Libel. Aguadilla. March 9, 1920. *Reconsideration denied.*

No. 1486. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.—Assault and battery. Ponce. March 9, 1920. *Withdrawn.*